LAW OFFICES OF
## ERIK H. LANGELAND, P.C.
500 FIFTH AVENUE, SUITE 1610
NEW YORK, NY 10110
PHONE (212) 354-6270
FAX (212) 898-9086

**VIA ECF**

February 6, 2012

Honorable A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, NY 11722-9014

>   Re:   *David Assif, Individually, and on Behalf of All Others Similarly Situated v. Titleserv Inc. and Settlement Corp.*
>   Case No. 08 cv 4951

Dear Honorable Judge Tomlinson:

     Plaintiff writes to provide a status report per the Court's Order dated January 31, 2012. Plaintiffs filed this case on July 5, 2011 and served Defendants on July 20, 2011. Defendants have not filed an answer. This case was filed as a putative collective action. Plaintiffs, therefore, request until March 14, 2012 to file a motion for class certification. Plaintiffs will subsequently request a default judgment.

     Sincerely,

     /s/ Erik H. Langeland
     Erik H. Langeland